IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LYNDSEY MARIE EIDE,<br><br>Defendant. | CR-22-98-BLG-DLC<br><br>ORDER TO DISMISS INDICTMENT WITH PREJUDICE |

Based upon the United States' motion to dismiss the indictment in this case pursuant to Lyndsey Eide's successful completion of the GLACIER program, and there being no objection,

IT IS HEREBY ORDERED that the indictment (Doc. 2) is dismissed with prejudice.

Dated this 4th day of September, 2024.

*[signature]*
DANA L. CHRISTENSEN
United States District Judge

1